# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-5091**

**September Term, 2024**

**1:25-cv-00381-ABJ**

**Filed On:** April 21, 2025

National Treasury Employees Union, et al.,

        Appellees

       v.

Russell T. Vought, in his official capacity as
Acting Director of the Consumer Financial
Protection Bureau and Consumer Financial
Protection Bureau,

        Appellants

-----------------------------

Consolidated with 25-5132

        **BEFORE:**    Pillard, Katsas, and Rao, Circuit Judges

## O R D E R

Upon consideration of the emergency motion to enforce or clarify the court's April 11, 2025 order, it is

**ORDERED** that appellees file a response to the emergency motion by Tuesday, April 22, 2025. Any reply is due by Wednesday, April 23, 2025.

### Per Curiam

                    **FOR THE COURT:**
                    Clifton B. Cislak, Clerk

        BY:    /s/
                Selena R. Gancasz
                Deputy Clerk